UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80347-SINGHAL/MATTHEWMAN

NINA BECKER,

    Plaintiff,

v.

B & A MANUFACTURING COMPANY,

    Defendant.
_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the Court following the Court's Order on Motion for Default Judgment (DE [15]), which granted in part and denied in part Plaintiff's Motion and awarded Plaintiff attorney's fees and costs. For the reasons discussed in the Order, and in accordance with Federal Rule of Civil Procedure 58(a), it is hereby

**ORDERED AND ADJUDGED** that:

1. Final default judgment is hereby **ENTERED** in favor of Plaintiff Nina Becker and against Defendant B & A Manufacturing Company on Plaintiff's claims for hostile work environment, sexual harassment, and gender discrimination under Title VII and the FCRA (counts I through IV).

2. Defendant is liable to Plaintiff for a total of **$56,600 in damages**, which consist of $22,040 in back pay, $14,560 in front pay, and $20,000 in compensatory damages for emotional distress.

3. Defendant is also liable for **$12,674.50** in attorney's fees and costs for the work performed by Gregory S. Sconzo, Esq. of Sconzo Law Office, P.A.

4. This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961 until the judgment is satisfied.

5. Defendant shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on Plaintiff's counsel within **45 days** of the entry of this Final Default Judgment, and the Court shall retain jurisdiction to compel Defendant to complete Form 1.977 and serve it on Plaintiff's counsel.

6. The Court also retains jurisdiction over any post-judgment matter that may be raised under the Federal Rules of Civil Procedure and any motions that raise issues collateral to this final default judgment.

7. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 7th day of May 2021.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF and to B&A Manufacturing Company via U.S. Mail:

B & A Manufacturing Company
3665 E. Industrial Way
Riviera Beach, FL 33404

2